IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| NEBRASKA BEEF PRODUCERS COMMITTEE, | |
|---|---|
| Plaintiff, | 4:17CV3061 |
| vs. | ORDER |
| NEBRASKA BRAND COMMITTEE, and WILLIAM BUNCE, in his official capacity as Executive Director of the Nebraska Brand Committee; | |
| Defendants. | |

IT IS ORDERED:

1) The motion to permit Kathleen A. Miller to withdraw as counsel for the Defendants, (Filing No. 23), is granted.

2) Kathleen A. Miller shall no longer be included on ECF notifications regarding this case.

December 14, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge